Jiangmen Pengjiang Tianli New Tech Co., Ltd. v. The Partnerships et al.

# Schedule A

| | Defendant Internet Stores | | | |
|---|---|---|---|---|
| No | URL | ASIN | Name / Seller Alias | Amazon Seller ID |

